Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267

UST-4B, 5/01

LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. BOX 14647
SCOTTSDALE, AZ 85267

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

CLUFF, JOSHUA B
CLUFF, TIFFANY L

Debtor(s)

Chapter 7

Case No.: 09-18770 RTBP

TRUSTEE'S WITHDRAWAL OF REPORT OF NO DISTRIBUTION AND MOTION TO REOPEN CASE

LAWRENCE J. WARFIELD, Trustee of the above-captioned estate, has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution, and moves to reopen this case so that these assets may be administered.

There are insufficient funds in the estate to pay the reopening fee at this time. Trustee requests permission to defer the filing fee.

February 23, 2010
Date

LAWRENCE J. WARFIELD, Trustee