Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267

UST-4C, PHX, 9/95TSP

LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. BOX 14647
SCOTTSDALE, AZ 85267

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>CLUFF, JOSHUA B<br>CLUFF, TIFFANY L<br><br>　　　　　　　　　Debtor(s). | Chapter 7<br><br>Case No. 09-18770 RTBP<br><br>ORDER REOPENING CASE |

This case having been closed and the Trustee having moved to reopen the case as the Trustee now has assets to be administered.

IT IS **ORDERED** that the above captioned case be reopened. The filing fee due upon reopening of the case shall be paid by the Trustee from the estate. If there are insufficient estate funds to pay the fee at this time, the Trustee shall pay the fee as soon as there are sufficient estate funds.

IT IS **FURTHER ORDERED** that the Trustee be appointed to administer those assets.

February 23, 2010
Dated

REDFIELD T. BAUM
United States Bankruptcy Judge

| | |
|---|---|
| 1 | |
| 2 | COPIES mailed on _____ to: |
| 3 | Debtor: CLUFF, JOSHUA B & CLUFF, TIFFANY L, |
| | P O BOX 695, |
| 4 | FREDONIA, AZ 86022 |
| 5 | |
| | Debtor Attorney: DOUGLAS GARDNER, |
| 6 | MCGUIRE GARDNER, PLLC |
| | 320 N. LEROUX, |
| 7 | FLAGSTAFF, AZ 86001 |
| 8 | Trustee: LAWRENCE J. WARFIELD, |
| | P.O. BOX 14647, |
| 9 | SCOTTSDALE, AZ 85267 |

Trustee Attorney: N/A
U.S. Trustee: Ilene Lashinsky
230 N. First Avenue
Phoenix, AZ 85003

By: _____
Deputy Clerk

Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267