# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant

12-03801

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-18770-RTBP |
| Joshua B. Cluff and Tiffany L. Cluff | Chapter 7 |
| Debtors. | **MOTION TO AUTHORIZE LOAN MODIFICATION** |
| Bank of America, N.A. | |
| Movant, | RE: Real Property Located at 351 Aspen Fredonia, AZ 86022 |
| vs. | |
| Joshua B. Cluff and Tiffany L. Cluff, Debtors; Lawrence J. Warfield, Trustee. | |
| Respondents. | |

Movant, Bank of America, N.A. by and through counsel, undersigned, hereby moves the Court to approve the modification of the loan, for the real property which is the subject of the Deed of Trust dated February 21, 2007, recorded in the records of the Coconino, Arizona Recorder's Office, wherein Joshua B. Cluff and Tiffany L. Cluff, Joshua B. Cluff and Tiffany L.

Cluff are designated as Borrower and Bank of America, NA is the current Lender, which Deed of Trust encumbers the following described real property:

> Lot 18, SHIPROCK ESTATES, as shown on the plat thereof, recorded in Case 3, Map 72, records of Coconino County, Arizona.

Debtors Joshua B. Cluff and Tiffany L. Cluff, have received an offer for a loan modification, which requires Court approval in this Bankruptcy Court. Please see agreement that the Debtors' loan is modified to the terms attached hereto as Exhibit "A" upon entry of the Court's Order approving the same.

DATED this 17th day of August, 2012.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY /s/ LJM # 014228
        Mark S. Bosco
        Leonard J. McDonald
        David W. Cowles
        Attorney for Movant

Copy of the foregoing was
mailed on August 17, 2012, to:

Joshua B. Cluff and Tiffany L. Cluff
P.O. Box 695
Fredonia, AZ  86022
Debtors

Douglas Gardner
80 E. Rio Salado Parkway #401
Tempe, AZ  85281
Attorney for Debtors

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ  85267
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: <u>Lori J. Coulter</u>