UNITED STATES BANKRUPTCY COURT1
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: § | Case No. 2:09-bk-18770-RTB | |
| § | | |
| JOSHUA B CLUFF § | | |
| TIFFANY L CLUFF § | | |
| § | | |
| Debtor(s) § | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $42,655.00 | Assets Exempt: | $164,958.52 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,481.15 | Claims Discharged Without Payment: | $36,886.15 |
| Total Expenses of Administration: | $1,535.38 | | |

3) Total gross receipts of $8,260.78 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,244.25 (see **Exhibit 2),** yielded net receipts of $5,016.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,595.38 | $1,595.38 | $1,535.38 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $40,367.30 | $40,367.30 | $3,481.15 |
| **Total Disbursements** | NA | $41,962.68 | $41,962.68 | $5,016.53 |

4). This case was originally filed under chapter 7 on 08/06/2009. The case was pending for 40 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/04/2012</u>     By: <u>/s/ Lawrence J. Warfield</u>
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 FEDERAL TAX REFUND | 1124-000 | $8,148.00 |
| 2009 STATE TAX REFUND | 1124-000 | $100.00 |
| Interest Earned | 1270-000 | $12.78 |
| **TOTAL GROSS RECEIPTS** | | **$8,260.78** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| CLUFF, JOSHUA B | Funds to Third Parties | 8500-002 | $3,244.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,244.25** |

## EXHIBIT 3 – SECURED CLAIMS

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $1,251.65 | $1,251.65 | $1,191.65 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $78.78 | $78.78 | $78.78 |
| Bank of Texas | 2600-000 | NA | $4.95 | $4.95 | $4.95 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,595.38** | **$1,595.38** | **$1,535.38** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | CANDICA, L.L.C. | 7100-000 | NA | $805.37 | $805.37 | $69.45 |
| 2A | Frontier Recovery Systems | 7100-000 | NA | $9,833.37 | $9,833.37 | $848.00 |
| 3A | Nelnet | 7100-000 | NA | $3,965.58 | $3,965.58 | $341.98 |
| 4A | UHEAA | 7100-000 | NA | $4,958.08 | $4,958.08 | $427.57 |
| 5A | New Mexico Educational Assistance Foundation | 7100-000 | NA | $4,819.81 | $4,819.81 | $415.65 |
| 6A | Mountain America Credit Union | 7100-000 | NA | $12,634.97 | $12,634.97 | $1,089.60 |
| 7A | Fia Card Services, NA/Bank of America | 7100-000 | NA | $753.27 | $753.27 | $64.96 |
| 8A | Zions First National Bank | 7100-000 | NA | $2,596.85 | $2,596.85 | $223.94 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $40,367.30 | $40,367.30 | $3,481.15 |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1　　　Exhibit 8

| | |
|---|---|
| **Case No.:** 09-18770-PHX RTB | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** CLUFF, JOSHUA B AND CLUFF, TIFFANY L | **Date Filed (f) or Converted (c):** 08/06/2009 (f) |
| **For the Period Ending:** 12/4/2012 | **§341(a) Meeting Date:** 09/28/2009 |
| | **Claims Bar Date:** 07/19/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | RESIDENCE - 351 ASPEN | $157,000.00 | $0.00 | | $0.00 | FA |
| 2 | BANK ACCOUNTS - STATE BANK OF S. UTAH ACCT #1631 | $22.42 | Unknown | | $0.00 | FA |
| 3 | BANK ACCOUNTS - ZOINS BANK ACCT #1920 | $0.00 | Unknown | | $0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | $1,010.00 | $0.00 | | $0.00 | FA |
| 5 | BOOKS/COLLECTIBLES | $25.00 | $0.00 | | $0.00 | FA |
| 6 | WEARING APPAREL | $150.00 | $0.00 | | $0.00 | FA |
| 7 | WEDDING RINGS | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 2009 TAX REFUND | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | See Asset Nos. 13, 14 | | | | | |
| 9 | 2005 CHEVY TAHOE | $14,130.00 | $0.00 | | $0.00 | FA |
| 10 | 2005 FORD F-150 | $11,150.00 | $0.00 | | $0.00 | FA |
| 11 | 2005 GMC SIERRA | $20,375.00 | $0.00 | | $0.00 | FA |
| 12 | PETS - HORSE AND DOG | $250.00 | $0.00 | | $0.00 | FA |
| 13 | 2009 FEDERAL TAX REFUND | $8,148.00 | $4,866.48 | | $8,148.00 | FA |
| 14 | 2009 STATE TAX REFUND | $142.00 | $100.00 | | $100.00 | FA |
| INT | Interest Earned | Unknown | Unknown | | $12.78 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　$212,602.42　　　　$4,966.48　　　　　　　　$8,260.78　　　　　　　　$0.00

**Initial Projected Date Of Final Report (TFR):** 09/08/2011　　**Current Projected Date Of Final Report (TFR):** 09/07/2012　　/s/ LAWRENCE J. WARFIELD

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-18770-PHX RTB | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | CLUFF, JOSHUA B AND CLUFF, TIFFANY L | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******0528 | Money Market Acct #: | ******7157 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/6/2009 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 12/4/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2010 | (14) | STATE OF ARIZONA | 2009 STATE TAX REFUND | 1124-000 | $100.00 | | $100.00 |
| 03/24/2010 | (13) | TREASURY, UNITED STATES | 2009 FEDERAL TAX REFUND | 1229-000 | $8,148.00 | | $8,248.00 |
| 03/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $8,248.08 |
| 04/23/2010 | 101 | CLUFF, JOSHUA B | RETURN OF DEBTOR PRO RATA TAX | 8500-002 | | $3,244.25 | $5,003.83 |
| 04/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.82 | | $5,004.65 |
| 05/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.51 | | $5,005.16 |
| 06/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.51 | | $5,005.67 |
| 07/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.51 | | $5,006.18 |
| 08/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.52 | | $5,006.70 |
| 09/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.50 | | $5,007.20 |
| 10/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.52 | | $5,007.72 |
| 11/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.50 | | $5,008.22 |
| 12/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.52 | | $5,008.74 |
| 01/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.51 | | $5,009.25 |
| 02/28/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.47 | | $5,009.72 |
| 03/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.52 | | $5,010.24 |
| 04/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.50 | | $5,010.74 |
| 05/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.52 | | $5,011.26 |
| 06/30/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.44 | | $5,011.70 |
| 07/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.43 | | $5,012.13 |
| 08/31/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.43 | | $5,012.56 |
| 09/30/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.42 | | $5,012.98 |
| 10/31/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.43 | | $5,013.41 |
| 11/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.42 | | $5,013.83 |
| 12/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.43 | | $5,014.26 |
| 01/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.43 | | $5,014.69 |
| 02/29/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.41 | | $5,015.10 |
| 03/31/2012 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.43 | | $5,015.53 |

| | | | SUBTOTALS | $8,259.78 | $3,244.25 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit 9

| Case No. | 09-18770-PHX RTB | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | CLUFF, JOSHUA B AND CLUFF, TIFFANY L | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******0528 | Money Market Acct #: | ******7157 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/6/2009 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 12/4/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.42 | | $5,015.95 |
| 05/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.43 | | $5,016.38 |
| 06/12/2012 | (INT) | M&I Bank | Interest Earned For June 2012 | 1270-000 | $0.15 | | $5,016.53 |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $5,016.53 | $0.00 |
| | | | TOTALS: | | $8,260.78 | $8,260.78 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $5,016.53 | |
| | | | Subtotal | | $8,260.78 | $3,244.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,260.78 | $3,244.25 | |

**For the period of 8/6/2009 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,260.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,260.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,244.25 |
| Total Comp/Non Comp Disbursements: | $3,244.25 |
| Total Internal/Transfer Disbursements: | $5,016.53 |

**For the entire history of the account between 03/22/2010 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,260.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,260.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,244.25 |
| Total Comp/Non Comp Disbursements: | $3,244.25 |
| Total Internal/Transfer Disbursements: | $5,016.53 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-18770-PHX RTB | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | CLUFF, JOSHUA B AND CLUFF, TIFFANY L | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0528 | | | Checking Acct #: | ******3149 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 8/6/2009 | | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 12/4/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | | M&I Bank | Transfer Funds | 9999-000 | $5,016.53 | | $5,016.53 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.95 | $5,011.58 |
| 11/05/2012 | 5001 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $1,191.65 | $3,819.93 |
| 11/05/2012 | 5002 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $78.78 | $3,741.15 |
| 11/05/2012 | 5003 | UNITED STATES BANKRUPTCY COURT | Claim #: 0;  Distribution Dividend: 100.00; | 2700-000 | | $260.00 | $3,481.15 |
| 11/05/2012 | 5004 | CANDICA, L.L.C. | Claim #: 1;  Distribution Dividend: 8.62; | 7100-000 | | $69.45 | $3,411.70 |
| 11/05/2012 | 5005 | Frontier Recovery Systems | Claim #: 2;  Distribution Dividend: 8.62; | 7100-000 | | $848.00 | $2,563.70 |
| 11/05/2012 | 5006 | Nelnet | Claim #: 3;  Distribution Dividend: 8.62; | 7100-000 | | $341.98 | $2,221.72 |
| 11/05/2012 | 5007 | UHEAA | Claim #: 4;  Distribution Dividend: 8.62; | 7100-000 | | $427.57 | $1,794.15 |
| 11/05/2012 | 5008 | New Mexico Educational Assistance Foundation | Claim #: 5;  Distribution Dividend: 8.62; | 7100-000 | | $415.65 | $1,378.50 |
| 11/05/2012 | 5009 | Mountain America Credit Union | Claim #: 6;  Distribution Dividend: 8.62; | 7100-000 | | $1,089.60 | $288.90 |
| 11/05/2012 | 5010 | Fia Card Services, NA/Bank of America | Claim #: 7;  Distribution Dividend: 8.62; | 7100-000 | | $64.96 | $223.94 |
| 11/05/2012 | 5011 | Zions First National Bank | Claim #: 8;  Distribution Dividend: 8.62; | 7100-000 | | $223.94 | $0.00 |

SUBTOTALS   $5,016.53   $5,016.53

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 09-18770-PHX RTB | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | CLUFF, JOSHUA B AND CLUFF, TIFFANY L | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******0528 | **Checking Acct #:** | ******3149 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 8/6/2009 | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 12/4/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| **TOTALS:** | $5,016.53 | $5,016.53 | $0.00 |
| **Less: Bank transfers/CDs** | $5,016.53 | $0.00 | |
| **Subtotal** | $0.00 | $5,016.53 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $5,016.53 | |

**For the period of 8/6/2009 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,016.53 |
| | |
| Total Compensable Disbursements: | $5,016.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,016.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/12/2012 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,016.53 |
| | |
| Total Compensable Disbursements: | $5,016.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,016.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-18770-PHX RTB | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | CLUFF, JOSHUA B AND CLUFF, TIFFANY L | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******0528 | | **Checking Acct #:** | ******3149 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 8/6/2009 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 12/4/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,260.78 | $8,260.78 | $0.00 |

**For the period of 8/6/2009 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,260.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,260.78 |
| Total Internal/Transfer Receipts: | $5,016.53 |
| | |
| Total Compensable Disbursements: | $5,016.53 |
| Total Non-Compensable Disbursements: | $3,244.25 |
| Total Comp/Non Comp Disbursements: | $8,260.78 |
| Total Internal/Transfer Disbursements: | $5,016.53 |

**For the entire history of the case between 08/06/2009 to 12/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,260.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,260.78 |
| Total Internal/Transfer Receipts: | $5,016.53 |
| | |
| Total Compensable Disbursements: | $5,016.53 |
| Total Non-Compensable Disbursements: | $3,244.25 |
| Total Comp/Non Comp Disbursements: | $8,260.78 |
| Total Internal/Transfer Disbursements: | $5,016.53 |

Case 2:09-bk-18770-RTBP   Doc 49   Filed 02/07/13   Entered 02/07/13 12:06:58   Desc
Main Document    Page 10 of 10